
*E-Filed 6/7/11*

GREGORY P. STONE (SBN 078329)
*gregory.stone@mto.com*
HEATHER E. TAKAHASHI (SBN 245845)
*heather.takahashi@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PETER A. DETRE (SBN 182619)
*peter.detre@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
RAMBUS INC.

GREGORY L. LIPPETZ (SBN 154228)
*glippetz@jonesday.com*
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Defendant
FREESCALE SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. 3:10-cv-05445-RS <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

1     WHEREAS, Plaintiff Rambus Inc. and Defendant Freescale Semiconductor, Inc. have
2 settled this matter on mutually-agreeable terms.
3     NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of
4 Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between
5 the parties, through their undersigned counsel of record, that:
6     1. This action be, and hereby is, voluntarily dismissed without prejudice in its entirety;
7     2. Each party shall bear its own costs and attorneys' fees; and
8     3. This Court shall retain jurisdiction to enforce the terms of the settlement between the
9 parties.

11 DATED: June 2, 2011

    MUNGER, TOLLES & OLSON LLP

    By: _____

    Attorneys for RAMBUS INC.

    JONES DAY

17 DATED: June 2, 2011

    By: _____

    Attorneys for Defendant
    FREESCALE SEMICONDUCTOR, INC.

14132145.1      - 1 -      STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 3:10-CV-05445-RS

1 | IT IS SO ORDERED.

3 | Dated: 6/7/11

_____
Honorable Richard Seeborg
United States District Court Judge